United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE CARMEN PRESAS RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00252 |
| | § | |
| WARDEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT**

Before the Court is the Defendants' ("the government") Motion for More Definite Statement. (D.E. 6). The government requests that Petitioner be ordered to provide his alien number ("A number"), which would allow the government to inquire about Petitioner's immigration history and obtain evidence relevant to this proceeding. *Id.* Petitioner filed a response in opposition, arguing that he has identified his full name, nationality, date of detention, current detention facility, etc. and should not be ordered to provide his A number. (D.E. 7). Later, Petitioner contends that the government has not established an actual statutory basis for his detention because they have not shown his actual custody classification through and immigration record…or other individualized documentation. (*Id.* at 3). The Court notes that the Petitioner attempts to use the government's lack of immediate identifiable evidence regarding Petitioner as a favorable argument for Petitioner while simultaneously withholding the A number required for the government to pull and present those records.

The Court also notes the Southern District of Texas' website instructions. The Southern District of Texas’ website concerning *habeas corpus* petitions[1] advises petitioners to “make sure your petition includes the Alien Registration # or A-Number on the petition.” Further, operating without an A number risks litigating the wrong record, which can lead to a slew of other problems. Federal *habeas corpus* practice expects the Petitioner to clear basic identity thresholds immediately so the Court can quickly determine if it has jurisdiction under 28 U.S.C. § 2241.

Having considered the motion and response, the Court **HEREBY GRANTS** the Defendants’ Motion for a More Definite Statement. Petitioner is **ORDERED** to file an advisory in this case identifying his A number **on or before October 21, 2026**.

Any dispositive motion by the government is due **on or before October 30, 2026**.

ORDERED on October 14, 2026.

Julie K. Hampton
United States Magistrate Judge

[1] https://www.txs.uscourts.gov/page/habeas-corpus-petitions